IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DAWANE MALLETT, ) <br> ) <br> Defendant. ) <br> _____) | 2:02-cr-416-GEB <br><br> ORDER |

      The sentence of Defendant Dawane Mallett was "remanded for further proceedings in light of *United States v. Booker*, 125 S. Ct. 738 (2005), and *United States v. Ameline*, [409 F.3d 1073 (9th Cir. 2005) (en banc)]."

      The initial question on remand is whether the sentence imposed on Defendant "would have been materially different had the district court known that the Guidelines were advisory. . . ." *Ameline*, 409 F.3d at 1084. "[T]he 'views of counsel, at least in writing,' should be obtained" before this question is answered. *Id.* at 1085 (quoting *United States v. Crosby*, 397 F.3d 103, 120 (2d Cir. 2005)).

/////

/////

1

1 | Accordingly, each party's counsel is requested to file views
2 | on this question no later than November 18, 2005.
3 | IT IS SO ORDERED.
4 | DATED:  October 27, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

2