IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,        No. 2:02-cr-0416 GEB JFM (HC)

  vs.

DAWANE ARTHUR MALLETT,

    Movant.        <u>ORDER</u>

_____/

        Movant is a federal prisoner proceeding pro se with a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. On December 16, 2008, respondent filed a motion to withdraw its previously filed motion to dismiss and for an extention of time to file an answer to movant's § 2255 motion. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Respondent's December 16, 2008 motion is granted;

        2. Respondent's June 16, 2008 motion to dismiss is withdrawn;

        3. Respondent's answer to movant's § 2255 motion shall be filed and served on or before February 17, 2009; and

/////

/////

/////

1

4. Movant's traverse, if any, shall be filed and served not later than thirty days thereafter.

DATED: December 19, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

012
mall0416.ext