PROB 35A

## ORDER TERMINATING TERM OF SUPERVISED RELEASE
## PRIOR TO EXPIRATION DATE--NOTICE OF DEATH

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **Docket Number:  2:02CR00416-02** |
| **Terrance Otis Mallett** | ) | |
| _____ | ) | |

On February 6, 2004, the above named was sentenced to a term of 684 months in the Bureau of Prisons, with a 60 month term of supervised release to commence upon his release from custody.   On June 15,  2005,  this office was notified by the Bureau of Prisons that Terrance Otis Mallett was pronounced dead on June 9, 2005,  by  doctors at Mercy Community Campus Hospital in Merced, California.  Preliminary cause of death was cardiorespiratory arrest.  An autopsy will be performed by the Merced County Coroner's Office (attached is a copy of the notification).  It is accordingly recommended that this case be closed.

Respectfully submitted,

Teresa C. Hoffman
**United States Probation Officer**

**Reviewed by:**   _____

Karen A. Meusling
**Supervising United States Probation Officer**

## ORDER OF COURT

It is ordered that the proceedings in the case be terminated and the case closed.

**Dated:  September 22, 2009**

GARLAND E. BURRELL, JR.
United States District Judge

**Attachment**

**cc:      Assistant United States Attorney**
**         FLU Unit, AUSA's Office**
**         Fiscal Clerk, Clerk's Office**